UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                                  Case No.  09-cr-117-05, 08-SM

<u>Neda Shojaei and Arash Rahbar</u>

## O R D E R

Defendant Shojaei's motion to continue the final pretrial conference and trial is granted (document 227).   Trial has been rescheduled for the September 2010 trial period.   Defendant Shojaei shall file a waiver of speedy trial rights not later than August 12, 2010.    On the filing of such waiver, his continuance shall be effective

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**    September 10, 2010 at 9:30 p.m.

**Jury Selection**:   September 21, 2010  at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

August 3, 2010

cc:   All Counsel of Record
      US Probation
      US Marshal